UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PENNEYS CONSTRUCTION  	CASE 3:22-CV-00525-SVN
COMPANY LLC
    Plaintiff

v.

DUCCI ELECTRIC COMPANY
    Defendant

## NOTICE OF APPEAL

Plaintiff, Penneys Construction Company LLC, files this Notice of Appeal of the judgment entered by the court on July 29, 2024.

    THE PLAINTIFF
    BY: */s/Josephine S. Miller*
    Josephine S. Miller, Fed Bar #ct23079
    130 Deer Hill Avenue, Unit 13
    Danbury, CT.  06810
    Tel:  (203) 512-2795
    Email:  jsmillerlaw@gmail.com

CERTIFICATION

    This is to certify that the foregoing Notice of Appeal was filed on August 29, 2024. All parties may access this filing via the court CMECF system.

*/s/Josephine S. Miller*
Josephine S. Miller

APPEAL,CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:22−cv−00524−SVN
*Internal Use Only*

| | |
|---|---|
| Penneys Construction Company LLC v. Ducci Electrical Contractors, Inc.<br>Assigned to: Judge Sarala V. Nagala<br>Cause: 42:1981 Civil Rights | Date Filed: 04/09/2022<br>Date Terminated: 07/29/2024<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Penneys Construction Company LLC**     represented by     **Josephine S. Miller**
Josephine S. Miller
130 Deer Hill Avenue, Suite 13
Danbury, CT 06810
203−512−2795
Fax: 203−702−5188
Email: Jsmillerlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ducci Electrical Contractors, Inc.**     represented by     **Allan P. Hillman**
Garcia & Milas, PC
1 Audubon Street
Suite 600
New Haven, CT 06511
860−878−0826
Fax: 203−782−2312
Email: ahillman.esq@gmail.com
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond A. Garcia**
Garcia & Milas, P.C.
1 Audubon Street
New Haven, CT 06511
203−773−3824
Fax: 203−782−2312
Email: r_garcia@garciamilas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ducci Electrical Contractors, Inc.**     represented by     **Allan P. Hillman**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond A. Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Penneys Construction Company LLC**　　represented by　**Josephine S. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ducci Electrical Contractors, Inc.**　　represented by　**Allan P. Hillman**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond A. Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Ducci Electrical Contractors, Inc.**　　represented by　**Allan P. Hillman**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond A. Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2022 | 1 | COMPLAINT against DUCCI ELECTRICAL CONTRACTORS INC ( Filing fee $402 receipt number ACTDC−6895702.), filed by Penneys Construction Company LLC.(Miller, Josephine) (Entered: 04/09/2022) |
| 04/09/2022 |  | Request for Clerk to issue summons as to DUCCI ELECTRICAL CONTRACTORS INC. (Miller, Josephine) (Entered: 04/09/2022) |
| 04/09/2022 |  | Judge Sarala V. Nagala added. (Freberg, B) (Entered: 04/11/2022) |
| 04/09/2022 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 6/8/2022. Discovery due by 10/9/2022. Dispositive Motions due by 11/13/2022.<br>Signed by Clerk on 4/9/2022.(Bozek, M.) (Entered: 04/12/2022) |
| 04/09/2022 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Sarala V. Nagala on 4/9/2022.(Bozek, M.) (Entered: 04/12/2022) |
| 04/09/2022 | 4 | STANDING PROTECTIVE ORDER.<br>Signed by Judge Sarala V. Nagala on 4/9/2022.(Bozek, M.) (Entered: 04/12/2022) |
| 04/12/2022 | 5 | NOTICE TO COUNSEL/SELF−REPRESENTED PARTIES : Counsel or self−represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 1 Complaint filed by Penneys Construction Company LLC, 2 Order on Pretrial Deadlines, 4 Standing Protective Order, and 3 Electronic Filing Order.<br>Signed by Clerk on 4/12/2022.(Bozek, M.) (Entered: 04/12/2022) |

| | | |
|---|---|---|
| 04/12/2022 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Ducci Electrical Contractors, Inc.* with answer to complaint due within *21* days. Attorney *Josephine S. Miller* *152 Deer Hill Avenue, Suite 302* *Danbury, CT 06810*. (Bozek, M.) (Entered: 04/12/2022) |
| 05/02/2022 | 7 | NOTICE of Appearance by Raymond A. Garcia on behalf of Ducci Electrical Contractors, Inc. (Garcia, Raymond) (Entered: 05/02/2022) |
| 05/02/2022 | 8 | NOTICE of Appearance by Allan P. Hillman on behalf of Ducci Electrical Contractors, Inc. (Hillman, Allan) (Entered: 05/02/2022) |
| 05/02/2022 | 9 | WAIVER OF SERVICE Returned Executed as to Ducci Electrical Contractors, Inc. waiver sent on 5/2/2022, answer due 7/1/2022 filed by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 05/02/2022) |
| 06/01/2022 | 10 | REPORT of Rule 26(f) Planning Meeting. (Miller, Josephine) (Entered: 06/01/2022) |
| 06/02/2022 | 11 | MOTION to Amend/Correct 10 Report of Rule 26(f) Planning Meeting by Penneys Construction Company LLC.Responses due by 6/23/2022 (Attachments: # 1 Exhibit Cprrected 26f)(Miller, Josephine) (Entered: 06/02/2022) |
| 06/06/2022 | 12 | ORDER granting 11 Motion to Correct. The Clerk is directed to separately docket the Amended 26(f) Report contained at ECF No. 11−1. Signed by Judge Sarala V. Nagala on 6/6/2022. (Rennie, Carolyn) (Entered: 06/06/2022) |
| 06/06/2022 | 13 | AMENDED REPORT of Rule 26(f) Planning Meeting. (Bozek, M.) (Entered: 06/10/2022) |
| 06/21/2022 | 14 | SCHEDULING ORDER: Discovery shall be due by **May 1, 2023.** Dispositive motions shall be due by **June 1, 2023.** The parties shall file two Joint Status Reports, the first by **February 1, 2023,** and the second by **May 8, 2023,** in accordance with the attached Order. The parties are advised that certain deadlines set forth in the attached Order differ slightly from the parties' Rule 26(f) Report to best account for weekend days. Signed by Judge Sarala V. Nagala on 6/21/2022. (Rennie, Carolyn) (Entered: 06/21/2022) |
| 06/21/2022 | | Set Deadlines per 14 order: Discovery due by 5/1/2023. Dispositive Motions due by 6/1/2023. Status Report due by 2/1/2023. (Bozek, M.) (Entered: 06/24/2022) |
| 07/01/2022 | 15 | *Defendant's* ANSWER to 1 Complaint with Affirmative Defenses , COUNTERCLAIM against All Plaintiffs by Ducci Electrical Contractors, Inc..(Hillman, Allan) (Entered: 07/01/2022) |
| 07/23/2022 | 16 | ANSWER to 15 Answer to Complaint, Counterclaim by Penneys Construction Company LLC.(Miller, Josephine) (Entered: 07/23/2022) |
| 01/03/2023 | 17 | Joint STIPULATION re 15 Answer to Complaint, Counterclaim by Ducci Electrical Contractors, Inc.. (Hillman, Allan) (Entered: 01/03/2023) |
| 01/05/2023 | 18 | Consent MOTION to Amend/Correct 15 Answer to Complaint, Counterclaim by Ducci Electrical Contractors, Inc..Responses due by 1/26/2023 (Attachments: # 1 Memorandum in Support Memorandum in Support of Motion by Consent to Amend Defenses)(Hillman, Allan) (Entered: 01/05/2023) |
| 01/06/2023 | 19 | ORDER granting 18 Defendant's Motion to Amend the Answer, given Plaintiff's consent. Defendant is directed to separately docket a clean version of its Amended Answer. Signed by Judge Sarala V. Nagala on 1/6/2023. (Rennie, Carolyn) (Entered: 01/06/2023) |
| 01/09/2023 | 20 | AMENDED ANSWER to 15 Answer to Complaint, Counterclaim with Affirmative Defenses , COUNTERCLAIM against Ducci Electrical Contractors, Inc. by Ducci Electrical Contractors, Inc.. (Hillman, Allan) (Entered: 01/09/2023) |
| 02/01/2023 | 21 | STATUS REPORT by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 02/01/2023) |
| 02/01/2023 | | Set Deadline: Status Report due by 5/8/2023. (Bozek, M.) (Entered: 02/01/2023) |
| 03/21/2023 | 22 | MOTION for Extension of Time until 6/30/2023 COMPLETE DISCOVERY by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 03/21/2023) |

| | | |
|---|---|---|
| 03/23/2023 | 23 | MOTION for Extension of Time until 6/30/23 AMENDED MOTION TO COMPLETE DISCOVERY 22 MOTION for Extension of Time until 6/30/2023 COMPLETE DISCOVERY by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 03/23/2023) |
| 03/23/2023 | 24 | ORDER denying as moot 22 Plaintiff's Motion for Extension of Time; denying without prejudice 23 Plaintiff's Amended Motion for Extension of Time. Discovery in this case is set to conclude on May 1, 2023, *see* ECF No. 14, but Plaintiff seeks a sixty−day extension of that deadline without providing the Court with sufficient information to ascertain whether the requested extension is reasonable and necessary. For example, Plaintiff represents that it desires to conduct additional depositions, but it does not specify how many dispositions it intends to conduct, whether those depositions have been noticed, why the depositions cannot be completed in the five weeks remaining in the discovery period, and why such a lengthy extension is necessary. Although Plaintiff represents that counsel "lost some weeks" due to COVID−19, and that she is unavailable for approximately one week from late March into early April, those issues do not demonstrate why Plaintiff cannot complete the remaining depositions by the discovery deadline, or why such a lengthy extension is necessary. Plaintiff may refile the motion in compliance with this order. Signed by Judge Sarala V. Nagala on 3/23/2023. (Rennie, Carolyn) (Entered: 03/23/2023) |
| 03/31/2023 | 25 | MOTION for Allan P. Hillman to Withdraw as Attorney by Ducci Electrical Contractors, Inc.. (Hillman, Allan) (Entered: 03/31/2023) |
| 04/03/2023 | 26 | ORDER denying without prejudice 25 Attorney Hillman's motion to withdraw. The motion does not represent that Defendant has received actual notice of Attorney Hillman's motion to withdraw as required by Local Rule 7(e). Attorney Hillman may refile the motion in compliance with Local Rule 7(e). Signed by Judge Sarala V. Nagala on 4/3/2023. (Bozek, M.) (Entered: 04/03/2023) |
| 04/11/2023 | 27 | ORDER. Pursuant to Federal Rule of Civil Procedure 7.1, any nongovernmental corporate party must electronically file a disclosure statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation. Although such disclosure statement generally must be filed with a party's first appearance, to date, neither party has filed a corporate disclosure statement. Accordingly, it is hereby ORDERED that no later than **April 17, 2023,** Penneys Construction Company LLC and Ducci Electrical Contractors, Inc. shall each file a corporate disclosure statement in compliance with Federal and Local Rule of Civil Procedure 7.1 and District of Connecticut Standing Order 22−36. Signed by Judge Sarala V. Nagala on 4/11/2023. (Rennie, Carolyn) (Entered: 04/11/2023) |
| 04/12/2023 | 28 | Disclosure Statement by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 04/12/2023) |
| 04/13/2023 | 29 | Disclosure Statement by Ducci Electrical Contractors, Inc.. (Garcia, Raymond) (Entered: 04/13/2023) |
| 04/14/2023 | 30 | MOTION for Allan P. Hillman to Withdraw as Attorney by Ducci Electrical Contractors, Inc.. (Hillman, Allan) (Entered: 04/14/2023) |
| 04/17/2023 | 31 | ORDER granting 30 Motion to Withdraw as Attorney. Attorney Allan P. Hillman terminated. Signed by Judge Sarala V. Nagala on 4/17/2023. (Rennie, Carolyn) (Entered: 04/17/2023) |
| 04/24/2023 | 32 | First MOTION for Extension of Time until 7/1/2023 Complete Discovery by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 04/24/2023) |
| 04/25/2023 | 33 | ORDER granting 32 Plaintiff's Motion for Extension of Time. Although counsel's busy schedule generally does not warrant extending the discovery deadline, this is only Plaintiff's second request to extend the discovery deadline, and the present motion remedies some of the defects identified by the Court when denying Plaintiff's last motion to extend the discovery deadline, *see* ECF No. 24. Given that the motion is unopposed, discovery shall be due by **July 1, 2023.** Dispositive motions shall be due by **August 1, 2023.** The second status report ordered at ECF No. 14 shall be due by **July 10, 2023.** Signed by Judge Sarala V. Nagala on 4/25/2023. (Rennie, Carolyn) (Entered: 04/25/2023) |

| | | |
|---|---|---|
| 04/25/2023 | | Set Deadlines: Discovery due by 7/1/2023. Dispositive Motions due by 8/1/2023. Status Report due by 7/10/2023. (Bozek, M.) (Entered: 04/26/2023) |
| 05/08/2023 | 34 | Joint STATUS REPORT by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 05/08/2023) |
| 06/28/2023 | 35 | MOTION for Extension of Time until 7/28/23 Complete Discovery by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 06/28/2023) |
| 06/29/2023 | 36 | ORDER granting 35 Motion for Extension of Time until **July 28, 2023,** to complete discovery. The Court is highly unlikely to extend this deadline further, absent extraordinary circumstances. Dispositive motions are due by **August 28, 2023.** The second status report ordered at ECF No. 14 shall be due by **August 11, 2023.** Signed by Judge Sarala V. Nagala on 6/29/2023. (Rennie, Carolyn) (Entered: 06/29/2023) |
| 06/30/2023 | | Set Deadlines: Discovery due by 7/28/2023. Dispositive Motions due by 8/28/2023. Second Status Report due by 8/11/2023. (Samson, Jessalyn) (Entered: 06/30/2023) |
| 08/11/2023 | 37 | Joint STATUS REPORT by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 08/11/2023) |
| 08/23/2023 | 38 | MOTION for Extension of Time until 09/01/2023 Motion for Summary Judgment by Ducci Electrical Contractors, Inc.. (Garcia, Raymond) (Entered: 08/23/2023) |
| 08/24/2023 | 39 | ORDER granting 38 Defendant's Motion for Extension of Time until **September 1, 2023,** to file a dispositive motion. Signed by Judge Sarala V. Nagala on 8/24/2023. (Rennie, Carolyn) (Entered: 08/24/2023) |
| 08/25/2023 | | Reset deadline: defendant's dispositive motion now due by 9–1–2023 per Dkt. 39 Order. (Shafer, J.) (Entered: 08/25/2023) |
| 09/01/2023 | 40 | MOTION for Summary Judgment by Ducci Electrical Contractors, Inc..Responses due by 9/22/2023 (Attachments: # 1 Statement of Material Facts with Appendix)(Garcia, Raymond) (Entered: 09/01/2023) |
| 09/21/2023 | 41 | First MOTION for Extension of Time to File Response/Reply as to 40 MOTION for Summary Judgment until 10/22/23 by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 09/21/2023) |
| 09/25/2023 | 42 | ORDER denying without prejudice 41 Plaintiff's Motion for Extension of Time to respond to Defendant's motion for summary judgment. Pursuant to Local Rule 7(b)(3): "All motions for extension of time shall be filed at least three (3) business days before the deadline sought to be extended, except in cases in which compelling circumstances warranting an extension arise during the three days before the deadline. Any motion for extension of time filed fewer than three business days before the deadline sought to be extended shall, in addition to satisfying all other requirements of this Rule, set forth reasons why the motion was not filed at least three business days before the deadline in question." Here, Plaintiff does not identify any compelling circumstances that prevented it from seeking an extension of time at least three business days before the deadline sought to be extended. The motion may be refiled in compliance with Local Rule 7(b)(3). Signed by Judge Sarala V. Nagala on 9/25/2023. (Rennie, Carolyn) (Entered: 09/25/2023) |
| 09/28/2023 | 43 | Amended MOTION for Extension of Time to File Response/Reply as to 40 MOTION for Summary Judgment until 10/22/2023 by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 09/28/2023) |
| 10/02/2023 | 44 | ORDER granting 43 Plaintiff's Amended Motion for Extension of Time. Plaintiff shall respond to Defendant's motion for summary judgment by **October 22, 2023**. Should Plaintiff's counsel seek any further extensions under Local Rule 7(b), the Court will expect that the motion is timely filed or explains, at least in general terms, why the motion could not be filed at least three business days before the relevant deadline. Signed by Judge Sarala V. Nagala on 10/2/2023. (Rennie, Carolyn) (Entered: 10/02/2023) |
| 10/02/2023 | | Set Deadline as to 40 MOTION for Summary Judgment. Responses due by 10/22/2023. (Bozek, M.) (Entered: 10/04/2023) |

| | | |
|---|---|---|
| 10/16/2023 | 45 | MOTION for Extension of Time to File Response/Reply as to 40 MOTION for Summary Judgment until 11/1/2023 by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 10/16/2023) |
| 10/17/2023 | 46 | RESPONSE re 45 MOTION for Extension of Time to File Response/Reply as to 40 MOTION for Summary Judgment until 11/1/2023 filed by Ducci Electrical Contractors, Inc.. (Garcia, Raymond) (Entered: 10/17/2023) |
| 10/18/2023 | 47 | ORDER granting 45 Motion for Extension of Time to File Response/Reply. Plaintiff shall respond to Defendant's motion for summary judgment by **November 1, 2023**. Given that Plaintiff has now received two extensions of this deadline, *see* ECF No. 44, **the Court is highly unlikely to extend this deadline any further**. The Court does not find that a status conference is necessary at this time, but may choose to schedule one in the event it becomes necessary or upon a proper motion by the parties. Signed by Judge Sarala V. Nagala on 10/18/23.(Hagemann, Emma) (Entered: 10/18/2023) |
| 10/18/2023 | | SetDeadline as to 40 MOTION for Summary Judgment. Responses due by 11/1/2023. (Bozek, M.) (Entered: 10/19/2023) |
| 11/01/2023 | 48 | Memorandum in Opposition re 40 MOTION for Summary Judgment filed by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 11/01/2023) |
| 11/02/2023 | 49 | MOTION Permission to Make a Filing (Responses due by 11/23/2023, ), MOTION for Leave to File by Penneys Construction Company LLC. (Attachments: # 1 Exhibit Exhibit C Email, # 2 Exhibit Exhibit D DOT Documents, # 3 Exhibit Exhibit A Photograph, # 4 Affidavit Neal Affidavit, # 5 Exhibit Negro Deposition Excerpts, # 6 Exhibit Goss Deposition Excerpts, # 7 Exhibit Exhibit B Photographs)(Miller, Josephine) (Entered: 11/02/2023) |
| 11/06/2023 | 50 | ORDER granting 49 Motion for Permission to Make Late Filing. Plaintiff shall promptly re−file 48 Memorandum in Opposition, with all exhibits attached. Signed by Judge Sarala V. Nagala on 11/6/23. (Hagemann, Emma) (Entered: 11/06/2023) |
| 11/08/2023 | 51 | Final Memorandum in Opposition re 40 MOTION for Summary Judgment filed by Penneys Construction Company LLC. (Attachments: # 1 Statement of Material Facts, # 2 Affidavit PRESTON NEAL, # 3 Exhibit EX A, # 4 Exhibit EX B, # 5 Exhibit EX C, # 6 Exhibit EX D, # 7 Exhibit GOSS TRANSCRIPT EXCERPTS, # 8 Exhibit NEGRO TRANSCRIPT EXCERPTS)(Miller, Josephine) (Entered: 11/08/2023) |
| 11/17/2023 | 52 | First MOTION for Extension of Time to File Response/Reply *to Plaintiff's Opposition* as to 40 MOTION for Summary Judgment until 12/6/2023 by Ducci Electrical Contractors, Inc.. (Garcia, Raymond) (Entered: 11/17/2023) |
| 11/20/2023 | 53 | ORDER granting 52 Motion for Extension of Time. Defendant shall reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment by **December 6, 2023**. Signed by Judge Sarala V. Nagala on 11/20/2023. (Hagemann, Emma) (Entered: 11/20/2023) |
| 11/21/2023 | | Reset deadline as to 40 MOTION for Summary Judgment: reply is now due by 12−6−2023 per Dkt. 53 Order. (Shafer, J.) (Entered: 11/21/2023) |
| 12/06/2023 | 54 | REPLY to Response to 40 MOTION for Summary Judgment filed by Ducci Electrical Contractors, Inc.. (Attachments: # 1 Exhibit 1 (Unreported Cases), # 2 Exhibit 2 (Affidavit of J. Ducci))(Garcia, Raymond) (Entered: 12/06/2023) |
| 03/18/2024 | 55 | Calendar Entry re: 40 MOTION for Summary Judgment. THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 4/30/2024 at 10:30 AM in Courtroom One, 450 Main St., Hartford, CT before Judge Sarala V. Nagala. (Bozek, M) (Entered: 03/18/2024) |
| 04/30/2024 | 56 | Minute Entry. Proceedings held before Judge Sarala V. Nagala: taking under advisement 40 Motion for Summary Judgment; Motion Hearing held on 4/30/2024 re 40 MOTION for Summary Judgment filed by Ducci Electrical Contractors, Inc. Total Time: 2 hours and 2 minutes(Court Reporter Denae Hovland.) (Bozek, M) (Entered: 04/30/2024) |

| | | |
|---|---|---|
| 05/02/2024 | 57 | RESPONSE *To Discussion on April 30, 2024 Re: Motion for Summary Judgment (Dkt. No. 040)* filed by Ducci Electrical Contractors, Inc.. (Garcia, Raymond) (Entered: 05/02/2024) |
| 07/18/2024 | 58 | ORDER. For the reasons described in the attached Ruling, Defendant's motion for summary judgment, ECF No. 40 , is **GRANTED** in its entirety as to Plaintiff's claims.<br><br>No party sought summary judgment with respect to Defendant's counterclaims for breach of contract and anticipatory breach of contract. Defendant advised that, if its motion for summary judgment was granted, it would discontinue prosecution of its counterclaims. *See* ECF No. 57. Accordingly, Defendant shall file a notice by **July 25, 2024**, either (1) requesting dismissal of its counterclaims pursuant to Federal Rule of Civil Procedure 41(a)(2); or (2) signaling its intention to proceed with its counterclaims, and providing support for the Court's continued jurisdiction over the counterclaims. Should Defendant request dismissal of the counterclaims, the Court intends to grant that request and will proceed to entering judgment for Defendant and closing this case. Signed by Judge Sarala V. Nagala on 7/18/2024. (Hagemann, E) (Entered: 07/18/2024) |
| 07/24/2024 | 59 | NOTICE of Voluntary Dismissal of Counterclaim by Ducci Electrical Contractors, Inc. (Garcia, Raymond) (Entered: 07/24/2024) |
| 07/25/2024 | 60 | ORDER. In light of Defendant's notice of voluntary dismissal without prejudice of its counterclaims, ECF No. 59, the Clerk of Court is directed to enter judgment for Defendant and close this case. Signed by Judge Sarala V. Nagala on 7/25/2024. (Parfenoff, I) (Entered: 07/25/2024) |
| 07/29/2024 | 61 | JUDGMENT entered in favor of Ducci Electrical Contractors, Inc. against Penneys Construction Company LLC.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all–forms/appeals_forms<br>Signed by Judge Sarala V. Nagala on July 29, 2024.(Bergeson, Samantha) (Entered: 07/29/2024) |
| 07/29/2024 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(Bergeson, Samantha) (Entered: 07/29/2024) |
| 08/20/2024 | 62 | MOTION for Extension of Time until 8/29/24 DECIDE WHETHER TO APPEAL by Penneys Construction Company LLC. (Miller, Josephine) (Entered: 08/20/2024) |
| 08/22/2024 | 63 | ORDER granting 62 Motion for Extension of Time. Plaintiff may file its notice of appeal by **August 29, 2024**. *See* Fed. R. App. P. 4(a)(5). Signed by Judge Sarala V. Nagala on 8/22/2024. (Hagemann, E) (Entered: 08/22/2024) |
| 08/29/2024 | 64 | NOTICE OF APPEAL by Penneys Construction Company LLC. Filing fee $ 605, receipt number ACTDC–7887173. (Miller, Josephine) (Entered: 08/29/2024) |
| 08/30/2024 | 65 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 64 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none. (Mendez, D) (Entered: 08/30/2024) |